# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

Cleve. Rd. Co. v. Friedrich............ 19406

Consolidated Iron Steel Mfg. v. Indust.
Comm. .......................... 19407

Sandusky Gas & Elect. Co. v. State.... 19408

State ex v. Malaga Bd. of Ed.......... 19404

State ex v. Ridgeway Bd. of Ed........ 19403

State ex v. Wabash Bd. of Ed........ 19405

Wilson et v. Fromm ................ 19409

### NOV. 4, 1925

19403—State of Ohio ex rel Retirement Bd. of the State Teachers Retirement System v. Board of Education of Ridgeway Rural School District, Hardin County et al; in mandamus. C. C. Crabbe, W. E. Benoy and C. S. Best, Columbus, for pltf.

19404—Same v. Board of Education of Malaga Rural School District, Monroe County, et al; same. Same.

19405—State of Ohio ex rel Retirement Bd. of the State Teachers Retirement System v. Board of Education of Wabash Special School District, Darke County, et al; in mandamus. C. C. Crabbe, W. E. Benoy, and C. S. Best, Columbus, for pltf.

### NOV. 5, 1925

19406—Cleveland Railroad Co. v. Clara E. Friedrich; motion for Cuyahoga Appeals to certify. Squire, Sanders and Dempsey, Cleveland, for pltf; W. D. Meals, Cleveland, for deft.

### NOV. 6, 1925

19407—Consolidated Iron Steel Mfg. Co. v. Industrial Commission of Ohio; error to Industrial Commission of Ohio. Baker, Hostetler & Sidlo and J. R. Kistner, Cleveland, for pltf; C. C. Crabbe and R. R. Zurmekly, Columbus, for deft.

### NOV. 7, 1925

19408—Sandusky Gas and Electric Co. v. State of Ohio; error to Franklin Appeals. King, Ramsey, Flynn & Pyle, Sandusky, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19409—David W. Wilson et al, as Trustees v. Henry J. Fromm, et al; motion for Franklin Appeals to certify. J. A. Bowman and J. H. Robertson, Canton and Barton Griffith, Columbus, for pltf; Treadway and Marlott, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### SUPREME COURT OF OHIO
### TUESDAY, NOV. 10, 1925
### SUPREME COURT—GENERAL DOCKET

Cannon Ball Trans. v. Pub. Util.
Comm. ....................... 19327, 19328
Pritz et v. Messer ................ 19299
Small v. Pub. Util. Comm............. 19326
State ex v. Versailles Bd. of Ed....... 19386
### SUPREME COURT—MOTION DOCKET
Doughty v. Phipp ................. 19249

### GENERAL DOCKET

19299—Emelia H. Pritz et al v. Frank Messer et al; error to the Hamilton Appeals. Petition in error dismissed; no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 7-30-25; 3 Abs. 482.

19326—W. O. Small v. Public Utilities Commission of Ohio. Dock. 8-14-25; 3 Abs. 530.

19327—The Cannon Ball Transportation Co. v. Public Utilities Commission. Dock. 8-14-25; 3 Abs. 530.

19328—The Cannon Ball Transportation Co. v. Public Utilities Commission. Dock. 8-14-25; 3 Abs. 530.

19386—The State, ex rel. Retirement Board of The State Teachers' Retirement System v. The Board of Education of the Versailles Village School District, Darke County, Ohio, et al. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 10-20-25; 3 Abs. 658.

### MOTION DOCKET

19249—Eva Doughty v. Frank L. Phipps. Motion for an order directing the Court of Appeals of Cuyahoga County to certify its record. Case settled; withdrawn by plaintiff in error. Dock. 7-10-25; 3 Abs. 435.

## Weekly Abstract of PENDING CASES

### No. 936
### ZIPF v. DALGARN

No. 19340. Supreme Court
On review for final determination. Dock. Aug. 25, 1925; 3 Abs. 546.

45. ADVERSE POSSESSION—Must right of, be known to owner and be acquiesced in by him before it can become adverse?

Mary Dalgarn brought an action in the Franklin Common Pleas to enjoin Edward Zipf from moving upon 18 inches of land claimed to be hers by adverse possession and to require Zipf to replace a fence he had torn down, he claiming to be the owner of the disputed 18